**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK OF COURT                                                                                              TELEPHONE (334) 954-3600

December 6, 2024

NOTICE OF ASSIGNMENT

To:     All Counsel of Record

Re:     ***Cross v. Glovis Alabama, LLC***
Civil Action No.:  2:24-cv-00781

The above-styled case has been assigned to ***Judge Kelly F. Pate*** as presiding judge.

Please note that the case number is now ***2:24-cv-00781-KFP.*** The new case number should be used on all future correspondence and pleadings.